## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAIRA ALSTON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 21-910** |
| | : | |
| **WALMART SUPERCENTER, et al.,** | : | |
| **Defendants.** | : | |

## <u>O R D E R</u>

     **AND NOW**, this 12th day of January, 2022, it having been reported that the issues between the Parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice.

                                          **AND IT IS SO ORDERED.**

                                      */s/ Paul S. Diamond*
                                      Paul S. Diamond, J.